**Order entered January 16, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00657-CR

**LISA NICHOLE OPPENHAMMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F19-00140-K**

## ORDER

Before the court is court reporter Karren K. Jones's January 13, 2020 request for an extension of the time established in the court's December 19, 2019 order to file DVD exhibits omitted from the reporter's record. We **GRANT** the request and extend the time to file a supplemental reporter's record until **January 21, 2020**.

Because Jones has not yet complied with the court's December 19, 2019 order, we extend the deadlines set forth in that order as follows. The court **ORDERS** counsel Lawrence B. Mitchell to provide appellant with access to the medical records contained in exhibit 86 by **February 14, 2020**. Counsel may provide access by printing out the documents and sending them to appellant, by communicating with appellant and determining which particular pages she needs to review and sending only those pages, by arranging with prison authorities for appellant

to review the documents on disk, or by such other method that provides appellant full and fair access to the records she needs to prepare her pro se response.

After counsel has provided appellant with access to the documents in State's exhibit 86 as described in the preceding paragraph, the court **FURTHER ORDERS** counsel to file, by **February 28, 2020**, (1) a verification stating how and when counsel provided appellant with access to the documents contained in State's exhibit 86; and (2) either an affidavit averring that counsel had previously reviewed the contents of State's exhibits 4, 68, 86, 88, and 89 before filing counsel's *Anders* brief and such exhibits were factored into counsel's *Anders* review or else a supplemental *Anders* brief discussing the effect of the newly available State's exhibits.

We **EXTEND** the time to file appellant's pro se response until **March 31, 2020**.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Karren Jones, deputy court reporter, Criminal District Court No. 4; and counsel for the parties.

We **FURTHER DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Lisa Nichole Oppenhammer, TDCJ No. 02267205, Murray Unit, 1916 N. Hwy 36 Bypass, Gatesville, Texas 76596.

/s/     CORY L. CARLYLE
       JUSTICE